Certificate Number: 16339-PAE-DE-038040046

Bankruptcy Case Number: 19-10282



16339-PAE-DE-038040046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2023, at 6:11 o'clock PM EST, Erin Kocotis completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 21, 2023            By:    /s/Kelley Tipton

                                     Name:  Kelley Tipton

                                     Title: Certified Financial Counselor