**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    ERIN M KOCOTIS<br><br>**Debtor** | Chapter 13<br><br>Case No.19-10282-MDC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: February 26, 2024     By:   */s/ Kenneth E. West*

                                                    Kenneth E. West, Esquire, Chapter 13 Trustee
                                                    P.O. Box 40837
                                                    Philadelphia, PA  19107
                                                    (215) 627-1377 (Phone)