## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      **CHAPTER 13**
   ERIN M KOCOTIS
                                            **BANKRUPTCY NO.**  19-10282-MDC

**Debtor**

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Bankruptcy Rule 3002.1(f), KENNETH E. WEST, Chapter 13 Standing Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

Creditor:  PHFA/HEMAP                        Claim Number: 8

**A Response Is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Dated: 2/26/2024                             Respectfully submitted,

                                             /s/ KENNETH E. WEST
                                             KENNETH E. WEST, Esquire
                                             Chapter 13 Standing Trustee
                                             P.O. Box 40837
                                             Philadelphia PA 19107
                                             Phone: 215-627-1377