IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ERIN M KOCOTIS<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-10282-MDC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

ERIN M KOCOTIS
4221 FAIRDALE ROAD
PHILADELPHIA, PA  19154

B. and by electronic service only:

Creditor

PHFA/HEMAP
211 NORTH FRONT STREET
PO BOX 15206
HARRISBURG, PA  17101

Debtor's Attorney

MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated:  2/26/2024

/s/ Kenneth E.West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee