IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ERIN M KOCOTIS<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-10282-MDC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

  ERIN M KOCOTIS
  4221 FAIRDALE ROAD
  PHILADELPHIA, PA  19154

B. and by electronic service only:

Creditor

  SPECIALIZED LOAN SERVICING LLC
  6200 S. QUEBEC STREET
  STE 300
  GREENWOOD VILLAGE.,, CO  80111

Debtor's Attorney

  MICHAEL A. CIBIK, ESQ.
  1500 WALNUT STREET
  SUITE 900
  PHILADELPHIA, PA  19102

Dated:  2/26/2024

/s/ Kenneth E.West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee