United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10282-mdc |
| Erin M. Kocotis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 26, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erin M. Kocotis, 4221 Fairdale Road, Philadelphia, PA 19154-3703 |
| 14262967 | + | HSBC BANK USA, N.A., c/oFrancis T. Tarlecki, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14378905 | | HSBC BANK, USA, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555873 | | HSBC Bank USA, N.A., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14259101 | + | Margaret Gairo, Esq., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14259105 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14259113 | + | Udren Law Offices,PC, 111 Woodcrest Road, Suite 200, Cherry Hill NJ 08003-3620 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2024 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14269937 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2024 00:27:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14259085 | + | Email/Text: bncnotifications@pheaa.org | Feb 27 2024 00:27:00 | Aes/pheaafrn, Attn: Bankrupcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14259086 | + | Email/Text: EBNProcessing@afni.com | Feb 27 2024 00:27:00 | Afni, ATTN: Bankruptcy, PO Box 3097, Bloomington, IL 61702-3097 |
| 14259087 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 27 2024 00:27:00 | AmeriCredit/GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 14259092 | | Email/Text: megan.harper@phila.gov | Feb 27 2024 00:27:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14259093 | | Email/Text: megan.harper@phila.gov | Feb 27 2024 00:27:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14380275 | | Email/Text: megan.harper@phila.gov | Feb 27 2024 00:27:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14259095 | | Email/Text: cfcbackoffice@contfinco.com | Feb 27 2024 00:27:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714 |
| 14259088 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:38:41 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14259089 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 19-10282-mdc  Doc 73  Filed 02/28/24  Entered 02/29/24 00:34:03  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 27 2024 00:38:36 | Cardworks/CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14259090 | + | Email/Text: ecf@ccpclaw.com | Feb 27 2024 00:27:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14259094 | + | Email/Text: bankruptcy@philapark.org | Feb 27 2024 00:27:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14259096 | + | Email/Text: bankruptcy@credencerm.com | Feb 27 2024 00:27:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 14295612 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 27 2024 00:27:00 | HSBC Bank USA, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14277217 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 27 2024 00:27:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14259097 | | Email/Text: bankruptcycourts@equifax.com | Feb 27 2024 00:27:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14259098 | ^ | MEBN | Feb 27 2024 00:25:03 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14259099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2024 00:27:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14264037 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:38:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14259100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:38:41 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 14264035 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2024 00:38:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14277748 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2024 00:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14259102 | + | Email/Text: Bankruptcies@nragroup.com | Feb 27 2024 00:27:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14259103 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2024 00:27:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14259104 | + | Email/PDF: cbp@omf.com | Feb 27 2024 00:38:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14259108 | ^ | MEBN | Feb 27 2024 00:25:06 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14282700 | + | Email/Text: blegal@phfa.org | Feb 27 2024 00:27:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14274899 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:38:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14259946 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:38:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14259106 | + | Email/Text: blegal@phfa.org | Feb 27 2024 00:27:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14259107 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 27 2024 00:27:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14259109 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 27 2024 00:27:00 | Phh Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14259110 | + | Email/Text: bankruptcy@philapark.org | Feb 27 2024 00:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14259111 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:38:41 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14297966 | + | Email/Text: bkteam@selenefinance.com | Feb 27 2024 00:27:00 | SELENE FINANCE, LP, 9990 Richmond Ave. |

Case 19-10282-mdc    Doc 73    Filed 02/28/24    Entered 02/29/24 00:34:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 400 South, Houston, TX 77042-4546 |
| 14533178 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 27 2024 00:27:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14262945 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2024 00:38:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14259112 | | Email/Text: DASPUBREC@transunion.com | Feb 27 2024 00:27:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14259114 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:27:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14259115 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 27 2024 00:27:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14282779 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14283377 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14259091 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC BANK USA  N.A. amps@manleydeas.com |
| ALEXANDRA T. GARCIA | on behalf of Defendant HSBC Bank  USA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HAROLD N. KAPLAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 26, 2024 | Form ID: 138OBJ | Total Noticed: 49 |

on behalf of Creditor Selene Finance  LP hkaplan@rasnj.com

JEROME B. BLANK
 on behalf of Creditor HSBC BANK USA  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN BERSCHLER KARL
 on behalf of Creditor Selene Finance  LP lkarl@rascrane.com, lbkarl03@yahoo.com

MICHAEL A. CATALDO
 on behalf of Plaintiff Erin M. Kocotis mcataldo@gsbblaw.com
 bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CIBIK
 on behalf of Debtor Erin M. Kocotis help@cibiklaw.com
 noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

THOMAS SONG
 on behalf of Creditor HSBC BANK USA  N.A. tomysong0@gmail.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Erin M. Kocotis

       Debtor(s)                          Case No: 19−10282−mdc

                                                        Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                          900 Market Street
                            Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/26/24