United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10282-mdc |
| Erin M. Kocotis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erin M. Kocotis, 4221 Fairdale Road, Philadelphia, PA 19154-3703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 28, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC BANK USA  N.A. amps@manleydeas.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALEXANDRA T. GARCIA | on behalf of Defendant HSBC Bank  USA, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor HSBC BANK USA  N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HAROLD N. KAPLAN | on behalf of Creditor Selene Finance  LP hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: 234 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Selene Finance  LP lkarl@rascrane.com, lbkarl03@yahoo.com

MICHAEL A. CATALDO
    on behalf of Plaintiff Erin M. Kocotis mcataldo@gsbblaw.com
    bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CIBIK
    on behalf of Debtor Erin M. Kocotis help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

THOMAS SONG
    on behalf of Creditor HSBC BANK USA  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Erin M. Kocotis

       Debtor(s)                                        Case No:19−10282−mdc

                                                                           Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


For The Court


Timothy McGrath,
Clerk of Court

Date: 2/26/24

68
Form 234